UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-23257-CIV-DAMIAN

**CRYSTAL LAGOONS U.S. CORP.**, *et al.*,

    Plaintiffs,

v.

**MARTIN AQUATIC DESIGN & ENGINEERING, LLC**, *et al.*,

    Defendants.
_____/

## ORDER ON NOTICE OF SETTLEMENT

**THIS CAUSE** is before the Court upon Plaintiffs', Crystal Lagoons U.S. Corp., Crystal Lagoons Technologies, Inc., and Crystal Lagoons B.V. (collectively, "Crystal Lagoons"), and Defendants Martin Aquatic Design & Engineering, LLC's, Aquatic Design & Engineering, Inc.'s, and Blue Mar Basins, LLC's (collectively, "Martin Defendants"), Joint Motion to Dismiss All Claims Against Martin Defendants with Prejudice, filed on March 10, 2025 [ECF No. 202 (the "Notice")], indicating that Plaintiffs have reached a settlement to resolve all claims in this case with the Martin Defendants. The Court having reviewed the Notice, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Settling Parties shall file a stipulation for dismissal pursuant to Rule 41(a)(1)(A)(ii) within **thirty (30) days** of the date of this Order.

2. The relief sought in the motion is **DENIED WITHOUT PREJUDICE** because the proper procedural mechanism is for the parties to file a stipulation for dismissal signed by all parties to the stipulation, not a motion to dismiss.

3. If the parties fail to complete the expected settlement, the parties shall inform the Court, and the matter will be reopened as to these Defendants.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 10th day of March, 2025.

*[signature]*
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE