UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CRYSTAL LAGOONS U.S. CORP.,
CRYSTAL LAGOONS TECHNOLOGIES,
INC., and CRYSTAL LAGOONS B.V.

      Plaintiffs,

v.	CASE NO.: 1:23-cv-23257-MD

MARTIN AQUATIC DESIGN &
ENGINEERING, LLC, AQUATIC
DESIGN & ENGINEERING, INC., BLUE
MAR BASINS, LLC, PETER LICAVOLI,
VENUWORKS, INC., VENUBLUE, LLC,
CLEARTIDE MANAGEMENT GROUP,
LLC, XPRNTL, LLC, JOHN HUGHES,
CARNIVAL CORPORATION,
CARNIVAL CORPORATION & PLC,
and CARNIVAL GRAND BAHAMAS
INVESTMENTS LIMITED A/K/A
CARNIVAL GRAND BAHAMA
INVESTMENTS LIMITED

      Defendants.
_____/

**PLAINTIFFS CRYSTAL LAGOONS U.S. CORP.'S, CRYSTAL LAGOONS TECHNOLOGIES, INC.'S AND CRYSTAL LAGOONS B.V.'S, AND DEFENDANTS JOHN HUGHES', XPRNTL, LLC'S, VENUWORKS, INC.'S AND VENUBLUE, LLC'S <u>JOINT STATUS REPORT</u>**

Plaintiffs, Crystal Lagoons U.S. Corp., Crystal Lagoons Technologies, Inc., and Crystal Lagoons B.V. (collectively, "Plaintiffs"), and Defendants, John Hughes ("Hughes"), XPRNTL, LLC ("XPRNTL"), VenuBlue, LLC ("VenuBlue") and VenuWorks, Inc. ("VenuWorks," and collectively with Hughes, XPRNTL, and VenuBlue, "Remaining Defendants"), through their undersigned counsel, hereby submit this Joint Status Report in response to this Court's Order to File Status Report [D.E. 211], and in support, state as follows:

1. On May 14, 2025, Plaintiffs and Remaining Defendant filed a Joint Motion to Modify Scheduling Order and Extend Deadlines Therein [D.E. 209], requesting extensions of trial deadlines so as to accommodate the Parties while negotiating potential settlement agreements.

2. On May 16, 2025, this Court entered an Order Granting Joint Motion to Modify Scheduling Order and Extend Deadlines Therein [D.E. 210].

3. On July 25, 2025, this Court entered its Order to File Status Report, which require Plaintiffs and Remaining Defendants to submit a Status Report advising the Court as to the status of the case.

4. As described further in the Joint Motion to Modify Scheduling Order and Extend Deadlines Therein, Plaintiffs have already entered into settlement agreements with, and have dismissed all claims against, the other Defendants in this lawsuit, Martin Aquatic Design & Engineering, LLC, Aquatic Design & Engineering, Inc., Blue Mar Basins, LLC, Peter Licavoli, Cleartide Management Group, LLC, Carnival Corporation & PLC, and Carnival Grand Bahama Investments Limited have been dismissed from this lawsuit pursuant to this Court's Order on Joint Stipulation [D.E. 208].

5. Plaintiffs have finalized draft settlement agreements and terms with XPRNTL, VenuBlue, and VenuWorks, and are only pending execution of the agreements. Once these agreements are signed, the Parties will submit a joint stipulation for dismissal as to these defendants.

6. Plaintiffs and Hughes have exchanged numerous drafts of settlement agreements and are close to either finalizing an agreement or deciding to continue with litigation.

Dated: July 31, 2025

CASE NO.: 1:23-cv-23649-DAMIAN

*/s/ Yael Tobi*
Yael Tobi (*pro hac vice*)
ytobi@tobilaw.com
TOBI LAW GROUP, PC
2625 Townsgate Rd., Suite 330
Westlake Village, California 91361
Direct: (213) 545-6194
Facsimile: (805) 409-9662

WILLIAM C. MATTHEWS
DENNISON & MATTHEWS, PLLC
7575 Dr. Phillips Blvd., Suite 170
Orlando, FL  32819
Tel: (407) 720-8074
Fax: (407) 720-8037
william@dennisonmatthews.com

*Attorneys for Plaintiffs Crystal Lagoons U.S. Corp. and Crystal Lagoons Technologies, Inc.*


**COLE, SCOTT & KISSANE, P.A.**
Esperante Building
222 Lakeview Avenue, Suite 500
West Palm Beach, Florida 33401
Telephone (561) 612-3459
Facsimile (561) 683-8977
Primary e-mail: justin.levine@csklegal.com
Primary e-mail: eric.martin@csklegal.com
Alternate e-mail: christopher.witters@csklegal.com

*/s/ Eric Martin*
Justin B. Levine
Florida Bar No.: 106463
ERIC MARTIN
Florida Bar No.: 1019248

*Counsel for Defendants VENUWORKS INC.; VENUBLUE, LLC; XPRNTL, LLC; and JOHN HUGHES*

3

CASE NO.: 1:23-cv-23649-DAMIAN

## **CERTIFICATE OF SERVICE**

I certify that the foregoing Motion was electronically filed using the CM/ECF system, which will serve notice and a copy on all counsel of record, on July 31, 2025.

*/s/ Eric Martin*
Eric Martin

4