UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-23257-CIV-DAMIAN

**CRYSTAL LAGOONS U.S. CORP.**, *et al.*,

    Plaintiffs,
v.

**MARTIN AQUATIC DESIGN & ENGINEERING, LLC**, *et al.*,

    Defendants.
_____/

### ORDER ON JOINT STIPULATION OF DISMISSAL

**THIS CAUSE** is before the Court upon Plaintiffs', Crystal Lagoons U.S. Corp., Crystal Lagoons Technologies, Inc., and Crystal Lagoons B.V. (collectively, "Crystal Lagoons"), and Defendants XPRNTL, LLC's, VenuBlue, LLC's, and VenuWorks, Inc.'s, Joint Stipulation to Dismiss All Claims, filed September 3, 2025 [ECF No. 214 (the "Stipulation")]. Rule 41(a)(1)(A)(ii) provides that the parties may dismiss an action voluntarily upon the filing of a stipulation of dismissal signed <u>by all parties who have appeared</u>. *See City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031, 1038 (11th Cir. 2023) ("And all means all."). Here, the stipulation is not signed by all parties who have appeared. Binding precedent from the Eleventh Circuit Court of Appeals makes it clear that the Stipulation must be signed by all parties who have appeared in the case, even those who were previously dismissed. *See id*.

    Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Stipulation **[ECF No. 214]** must be refiled, signed by all parties who have appeared, to have any effect.

**DONE AND ORDERED** in Chambers in the Southern District of Florida this 5th day of September, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**